■ George M. Porges v. Grace Looram.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 9, 1962 with

notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.